

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00449-CV

PHILLIP YOUNG                                                        APPELLANT

V.

ROVERT J. ROGERS AND DAISY                                          APPELLEES
P. ROGERS

------------

FROM THE 211TH DISTRICT COURT OF DENTON COUNTY

------------

## ABATEMENT ORDER

------------

We have considered the parties' "Joint Motion To Reverse And Remand To Enter Agreed Judgment." We construe the agreed motion as a motion to abate for the trial court to enter an order in accord with the parties' settlement agreement.

The motion is **GRANTED IN PART**. Accordingly, we abate the appeal and remand this case to the trial court. The appeal will be automatically reinstated on April 15, 2013, but could be dismissed if no party files a motion asking that the appeal continue.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, and the trial court clerk.

DATED March 28, 2013.

PER CURIAM